UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEDRO NAVARRO,<br><br>                      Plaintiff,<br><br>    v.<br><br>OFFICER J. HEDRICK, *et al*.,<br><br>                      Defendants. | Case No. C14-0856-RAJ<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

The Court, having performed a de novo review of plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record including plaintiff's objections, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. 17) is GRANTED;

(3) Plaintiff's complaint and this action are DISMISSED with prejudice; and

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 5th day of August, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge